**No. 43996.**—Protests 783819–G, etc., of Hawley & Letzerich (Galveston).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.